IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00080-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL EUGENE GORE,

    Defendant.
_____

**ORDER ADOPTING AND AFFIRMING AUGUST 19, 2020 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**
_____

    This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #36). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Counts One and Two of the Information which charge violations 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine; and 18 U.S.C. §§ 922(g)(1) and 24(a)(2), possess of a firearm by a previously convicted felon. The Court also notes that Defendant consented to Magistrate Judge Gallagher advising him with regard to his Constitutional rights and his rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on August 19, 2020 at which time he appropriately advised the Defendant of his rights and made

inquiry as to the Defendant's understanding of the charges, the terms of the plea agreement, the voluntariness of his plea, and of the consequences of pleading guilty. Based on that hearing Magistrate Judge Gallagher recommended that the District Court Judge accept Defendant's plea of guilty to Counts One and Two of the Information.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted.

2. The pleas as made in open court on August 19, 2020, are accepted and the Defendant is adjudged guilty of violations of Counts One and Two of the Information which charge violations 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine; and 18 U.S.C. §§ 922(g)(1) and 24(a)(2), possess of a firearm by a previously convicted felon.

DATED:  September 3, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge